IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO. 1:22-cr-45-TBM-RHWR-2

BRENT ALAN WRIGHT

**ORDER GRANTING MOTION FOR REVIEW OF RELEASE ORDER**

This cause comes before the Court on the Motion [43] for Emergency Review of Release Order pursuant to 18 U.S.C. § 3145(a)(1) filed by the United States of America for revocation of a release order on a $25,000 signature bond, issued by Magistrate Judge John D. Early in the Central District of California. The Court being familiar with the record and circumstances surrounding this cause finds that the United States' Motion is well taken and should be granted.

The defendant's criminal history consists of at least eleven felony convictions, including multiple convictions of possession of a controlled substance for sale and two felony convictions in violation of parole. Additionally, Wright is not a resident of the Southern District of Mississippi, and there is no evidence that he has any local family or community ties. The defendant was allegedly involved with the transportation and shipment of methamphetamine from the Central District of California to the Southern District of Mississippi. The United States has put forward information related to the defendant's alleged culpability in the scheme, including evidence of text messages and transactional information related to the alleged shipment of methamphetamine from California to Mississippi. If the defendant is convicted of the charge set forth in the indictment— conspiracy to possess with intent to distribute a controlled substance, methamphetamine—he is facing from ten years to life in prison. For these reasons and the others set forth in the United States' motion, it is,

-2-

ORDERED AND ADJUDGED that the Motion [43] of the United States is hereby granted.

IT IS FURTHERED ORDERED AND ADJUDGED that the release order issued in the Central District of California, Criminal No. 8:22-MJ-00394-DUTY regarding Defendant Brent Alan Wright is REVOKED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Brent Alan Wright remain in the custody of the United States Marshals Service for transportation to the Southern District of Mississippi immediately.

**SO ORDERED** on this, the 1st day of June, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE